## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**VAULTET LLC,**

    Plaintiff,

    **v.**

**NEIMAN MARCUS GROUP, INC.**

    Defendant.

**Civ. No. 6:17-cv-470**

**JURY TRIAL DEMANDED**

## ORDER OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and corresponding Notice of Voluntary Dismissal filed by Plaintiff Vaultet LLC, it is hereby **ORDERED** that this action is voluntarily **DISMISSED WITHOUT PREJUDICE**.

The clerk is directed to close the case.

**SIGNED this 26th day of September, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE